HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:                                                ) Case No.    23-00105-LT11
                                                      )
DAVID MICHAEL PETERS,                                 ) **NOTICE OF APPOINTMENT OF**
                                                      ) **SUBCHAPTER V TRUSTEE**
                                                      )
                                                      )
            Debtor-in-Possession.                     )

　　Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Barbara Gross, Esq.**
**PO Box 16346**
**San Diego, CA 92176**
**(619) 782-9233**
**Barbara@BGross.Law**

　　The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

　　　　　　　　　　　　　　　　　　　TIFFANY L. CARROLL
　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES TRUSTEE

Date: January 23, 2023         /s/Tiffany L. Carroll
　　　　　　　　　　　　　　　　　Tiffany L. Carroll

1