RTCAPT
02/08

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**David Michael Peters**
308 Flores de Oro (guest house)
Rancho Santa Fe, CA 92067
xxx–xx–8967
*No Known Aliases*

Case number: 23–00105–LT11
Chapter: 11
Judge Laura S. Taylor

# NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee has authorized the appointment of as chapter 11 Trustee for the estate. The Standing Bond is approved and deemed applicable to this case, unless otherwise noted.

If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within seven (7) days of receipt of this notice.

DATE:  1/25/23

Michael Williams
Clerk of the United States Bankruptcy Court