# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 1/25/2023 |
| Case: 23–00105–LT11 | Form ID: rtcapt | Total: 21 |

**Recipients of Notice of Electronic Filing:**
aty    David M. Peters    dpeters@oraclelawyers.com
aty    Gregory P. Campbell    ch11ecf@aldridgepite.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David Michael Peters    308 Flores de Oro (guest house)    Rancho Santa Fe, CA 92067
14992095    Christina Baine DeJardin    Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008
14992107    David M. Peters    191 Calle Magdalena, Suite 200    Encinitas, CA 92024
14991594    Haeji Hong    United States Trustee's Office    880 Front Street, Suite 3230    San Diego, CA 92101
14992096    James R. McCormick    Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008
14992098    Janet M. Peters    P.O. Box 231506    Encinitas, CA 92023
14992099    Jeffrey A. Charlston    Charlston Revich et al    1925 Century Park East # 320    Los Angeles, CA 90067
14992093    Judicate West    1851 E. First Street    Suite 1600    Santa Ana, CA 92705
14992094    Kenneth S. Kasdan    Kasdan Lippsmith Turner LLP    18100 Von Karman Ave. # 750    Irvine, CA 92612
14992097    Kyle E. Lakin    Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008
14992102    Morningside Community Assn    82 Mayfair Dr    Rancho Mirage, CA 92270
14992105    New York Marine & Gen Ins Co    412 Mt. Kemble Ave. # 300C    Morristown, NJ 07960
14992103    Preovolos Lewin ALC    451 A Street    Suite 1600    San Diego, CA 92101
14992101    Quade & Associates    3377 Carmel Mountain Road    Suite 150    San Diego, CA 92121
14992104    Smart Corner Owners Assn    1080 Park Blvd    San Diego, CA 92101
14992092    Urban Coast Properties    4521 Park Blvd., Suite 104    2020 San Diego, CA 92116    Irvine, CA 92614
14992240    WELLS FARGO BANK, N.A.    C/O Greg Campbell    ALDRIDGE PITE, LLP    8880 Rio San Diego Drive, Suite 725    San Diego, CA 92108
14992106    Wells Fargo Bank, N.A.    420 Montgomery Street    San Francisco, CA 94104
14992100    Zachary R. Smith    Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008

TOTAL: 19