# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 1/25/2023 |
| Case: 23–00105–LT11 | Form ID: 309E2 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | David Michael Peters | 308 Flores de Oro (guest house)    Rancho Santa Fe, CA 92067 |
| ust | United States Trustee | Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101 |
| aty | David M. Peters | The Oracle Lawyers    191 Calle Magdalena    Suite 200    Mailbox 4, Suite 220    Encinitas, CA 92024–3750 |
| aty | Haeji Hong | DOJ–Ust    880 Front St.    Suite 3230    San Diego, CA 92101 |
| smg | Franchise Tax Board | Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952 |
| smg | IRS–Insolvency Division | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 14992095 | Christina Baine DeJardin | Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008 |
| 14992107 | David M. Peters | 191 Calle Magdalena, Suite 200    Encinitas, CA 92024 |
| 14991594 | Haeji Hong | United States Trustee's Office    880 Front Street, Suite 3230    San Diego, CA 92101 |
| 14992096 | James R. McCormick | Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008 |
| 14992098 | Janet M. Peters | P.O. Box 231506    Encinitas, CA 92023 |
| 14992099 | Jeffrey A. Charlston | Charlston Revich et al    1925 Century Park East # 320    Los Angeles, CA 90067 |
| 14992093 | Judicate West | 1851 E. First Street    Suite 1600    Santa Ana, CA 92705 |
| 14992094 | Kenneth S. Kasdan | Kasdan Lippsmith Turner LLP    18100 Von Karman Ave. # 750    Irvine, CA 92612 |
| 14992097 | Kyle E. Lakin | Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008 |
| 14992102 | Morningside Community Assn | 82 Mayfair Dr    Rancho Mirage, CA 92270 |
| 14992105 | New York Marine & Gen Ins Co | 412 Mt. Kemble Ave. # 300C    Morristown, NJ 07960 |
| 14992103 | Preovolos Lewin ALC | 451 A Street    Suite 1600    San Diego, CA 92101 |
| 14992101 | Quade & Associates | 3377 Carmel Mountain Road    Suite 150    San Diego, CA 92121 |
| 14992104 | Smart Corner Owners Assn | 1080 Park Blvd    San Diego, CA 92101 |
| 14992092 | Urban Coast Properties | 4521 Park Blvd., Suite 104    2020 San Diego, CA 92116    Irvine, CA 92614 |
| 14992106 | Wells Fargo Bank, N.A. | 420 Montgomery Street    San Francisco, CA 94104 |
| 14992100 | Zachary R. Smith | Delphi Law Group    1901 Camino Vida Roble, # 100    Carlsbad, CA 92008 |

TOTAL: 23