CSD1147
06/05

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**David Michael Peters**
308 Flores de Oro (guest house)
Rancho Santa Fe, CA 92067

Social Security No.:  xxx–xx–8967
*Debtor: No Known Aliases*

Case number:  23–00105–LT11
Chapter:  11
Judge  Laura S. Taylor

## NOTICE OF STATUS CONFERENCE ON CHAPTER 11 PETITION

TO PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that pursuant to 11 U.S.C. § 105(d)(1) and (2) an informal status conference in the above−entitled proceeding has been set for 3/2/23 at 09:30 AM, in Department 3, Room 129, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6991.

Dated:  1/24/23

Michael Williams
Clerk of the Bankruptcy Court