# Notice Recipients

District/Off: 0974–3                User: Admin.                Date Created: 1/24/2023
Case: 23–00105–LT11              Form ID: 1147               Total: 5

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        ustp.region15@usdoj.gov
aty         David M. Peters              dpeters@oraclelawyers.com
aty         Haeji Hong                   Haeji.Hong@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          David Michael Peters        308 Flores de Oro (guest house)      Rancho Santa Fe, CA 92067
14991594    Haeji Hong      United States Trustee's Office      880 Front Street, Suite 3230      San Diego, CA 92101

TOTAL: 2