CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Hon. William McCurine Jr. (Ret.)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>David Michael Peters<br><div align="right">Debtor.</div> | BANKRUPTCY NO. 23-00105-LT11 |
| Referee, Hon. William McCurine Jr. (Ret.)<br><div align="right">Moving Party</div> | RS NO. MDB-1 |
| David Michael Peters; Barbara R. Gross, Subchapter V Trustee<br><div align="right">Respondent(s)</div> | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY      ☒ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13  was filed on <u>January 20, 2023</u>.

2. Procedural Status:
   a.  ☒  Name of Trustee Appointed *(if any)*: Barbara Gross

   b.  ☐  Name of Attorney of Record for Trustee *(if any)*:

   c.  ☒  *(Optional)* Prior Filing Information: 22-00036-LT11
       Debtor has previously filed a Bankruptcy Petition on: <u>January 10, 2022</u>.
       If applicable, the prior case was dismissed on: <u>April 18, 2022</u>.

   d.  ☐  *(If Chapter 13 case):* Chapter 13 Plan was confirmed on _____ or a confirmation hearing
       is set for _____.

Movant alleges the following in support of its Motion:

1. ☐  The following real property is the subject of this Motion:
   a.  Street address of the property including county and state:



   b.  Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):



   c.  Legal description of property is attached as Exhibit A.

CSD 1160

American LegalNet, Inc.
www.FormsWorkFlow.com

d.  If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

e.  *Fair market value of property as set forth in the Debtor's schedules: $ _____.

f.  *Nature of Debtor's interest in the property:

2.  ☐ The following personal property is the subject of this Motion *(describe property):*

   a.  Fair market value of property as set forth in the Debtor's schedules: $ _____.

   b.  Nature of Debtor's interest in the property:

3.  *Fair market value of property according to Movant: $ _____.

4.  *Nature of Movant's interest in the property: **N/A**

5.  *Status of Movant's loan:
    a.  Balance owing on date of Order for Relief:      $0.00
    b.  Amount of monthly payment:                      $
    c.  Date of last payment:
    d.  If real property,
        i.   Date of default:
        ii.  Notice of Default recorded on:
        iii. Notice of Sale published on:
        iv.  Foreclosure sale currently scheduled for:
    e.  If personal property,
        i.   Pre-petition default:    $ _____    No. of months: _____
        ii.  Post-petition default:   $ _____    No. of months: _____

6.  *(If Chapter 13 Case, state the following:)*
    a.  Date of post-petition default:
    b.  Amount of post-petition default:   $ _____

7.  Encumbrances:
    a.  Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | | | | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 0.00 | $ 0.00 | | $ 0.00 | |

b.  Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
    ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).

CSD 1160

American LegalNet, Inc.
www.FormsWorkFlow.com

8. Relief from the automatic stay should be granted because:
   a. ☐ Movant's interest in the property described above is not adequately protected.

   b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and this property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☒ *Other cause exists as follows (specify): ☐ See attached page.
      Movant, as Referee appointed by the Superior Court, is charged with supervising the winding up of the affairs of Peters & Freedman LLP. Cause exists to modify or lift the automatic stay to enable the Referee to continue and complete such winding up.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☒ Other relevant evidence:
   Memorandum of Points & Authorities
   Declaration of Hon. William McCurine Jr. (Ret.)

2. ☒ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☐ Other:

Dated: February 3, 2023

/s/ Michael D. Breslauer, Esq.

Attorney for Movant Referee, Hon. William McCurine Jr. (Ret.)

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a). CSD 1160

CSD 1160

American LegalNet, Inc.
www.FormsWorkFlow.com