CSD1188
07/05

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**David Michael Peters**
308 Flores de Oro (guest house)
Rancho Santa Fe, CA 92067

Social Security No.:  xxx–xx–8967
*Debtor Aliases:*  The Oracle Lawyers

Case number:  23–00105–MM11
Chapter:  11
Judge  Margaret M. Mann

**SECOND**

## NOTICE OF CHANGE IN DATE AND DEPARTMENT FIXED FOR HEARING

TO PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the HEARING on the matter(s) presently set for

**3/6/23 at 2:00 PM in Department 5 to wit:**

**STATUS CONFERENCE ON CHAPTER 11 PETITION**

be, and the same is hereby changed to **3/2/23 at 02:00 PM, in Department 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.**


Dated:  2/8/23

Michael Williams
Clerk of the Bankruptcy Court


*COURT NOTE: This case has been transferred to Judge Margaret M. Mann, Dept 1 (re ECF No. 35). Status Conference on
Chapter 11 Petition is being renoticed and advanced to be heard on 3/2/23 at 2:00 PM, Dept 1 as noted above.