# Notice Recipients

District/Off: 0974–3         User: Admin.         Date Created: 2/8/2023
Case: 23–00105–MM11         Form ID: 1188         Total: 35

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Barbara R. Gross | barbara@bgross.law |
| aty | David M. Peters | dpeters@oraclelawyers.com |
| aty | Gregory P. Campbell | ch11ecf@aldridgepite.com |
| aty | Haeji Hong | Haeji.Hong@usdoj.gov |
| aty | Lane C Hilton | lane@theRSfirm.com |
| aty | Maggie Schroedter | maggie@thersfirm.com |
| aty | Michael D. Breslauer | mbreslauer@swsslaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | David Michael Peters | 308 Flores de Oro (guest house) | Rancho Santa Fe, CA 92067 | |
| cr | Kyle E. Lakin | Robberson Schroedter LLP | c/o Maggie E. Schroedter | 501 West Broadway    Suite 1250    San Diego, CA 92101 |
| cr | Christina Baine DeJardin | Robberson Schroedter LLP | c/o Maggie E. Schroedter | 501 West Broadway    Suite 1250    San Diego, CA 92101 |
| cr | James R. McCormick, Jr. | Robberson Schroedter LLP | c/o Maggie E. Schroedter | 501 West Broadway    Suite 1250    San Diego, CA |
| 14992095 | Christina Baine DeJardin | Delphi Law Group | 1901 Camino Vida Roble, # 100 | Carlsbad, CA 92008 |
| 14992107 | David M. Peters | 191 Calle Magdalena, Suite 200 | Encinitas, CA 92024 | |
| 14992096 | James R. McCormick | Delphi Law Group | 1901 Camino Vida Roble, # 100 | Carlsbad, CA 92008 |
| 14992098 | Janet M. Peters | P.O. Box 231506 | Encinitas, CA 92023 | |
| 14992099 | Jeffrey A. Charlston | Charlston Revich et al | 1925 Century Park East # 320 | Los Angeles, CA 90067 |
| 14992093 | Judicate West | 1851 E. First Street | Suite 1600 | Santa Ana, CA 92705 |
| 14992094 | Kenneth S. Kasdan | Kasdan Lippsmith Turner LLP | 18100 Von Karman Ave. # 750 | Irvine, CA 92612 |
| 14992097 | Kyle E. Lakin | Delphi Law Group | 1901 Camino Vida Roble, # 100 | Carlsbad, CA 92008 |
| 14992102 | Morningside Community Assn | 82 Mayfair Dr | Rancho Mirage, CA 92270 | |
| 14992105 | New York Marine & Gen Ins Co | 412 Mt. Kemble Ave. # 300C | Morristown, NJ 07960 | |
| 14992103 | Preovolos Lewin ALC | 451 A Street | Suite 1600 | San Diego, CA 92101 |
| 14992101 | Quade & Associates | 3377 Carmel Mountain Road | Suite 150 | San Diego, CA 92121 |
| 14994913 | ROBBERSON SCHROEDTER LLP | 501 West Broadway | Suite 1250 | San Diego, CA 92101 |
| 14994916 | ROBBERSON SCHROEDTER LLP | 501 West Broadway | Suite 1250 | San Diego, CA 92101 |
| 14992104 | Smart Corner Owners Assn | 1080 Park Blvd | San Diego, CA 92101 | |
| 14992092 | Urban Coast Properties | 4521 Park Blvd., Suite 104 | 2020 San Diego, CA 92116 | Irvine, CA 92614 |
| 14992106 | Wells Fargo Bank, N.A. | 420 Montgomery Street | San Francisco, CA 94104 | |
| 14992240 | WELLS FARGO BANK, N.A. | C/O Greg Campbell    ALDRIDGE PITE, LLP | 8880 Rio San Diego Drive, Suite 725    San Diego, CA 92108 | |
| 14994551 | Wells Fargo Bank, N.A. | Default Document Processing | MAC# N9286–01Y | P.O. Box 1629    Minneapolis, MN 55440–9790 |
| 14994894 | Wells Fargo Bank, N.A. | Default Document Processing | N9286–01Y | P.O. Box 1629    Minneapolis, MN 55440–9790 |
| 14992100 | Zachary R. Smith | Delphi Law Group | 1901 Camino Vida Roble, # 100 | Carlsbad, CA 92008 |
| 14994914 | Zachary R. Smith | James R. McCormick, Jr. | Christina Baine DeJardin | Kyle E. Larkin |
| 14994917 | Zachary R. Smith | James R. McCormick, Jr. | Christina Baine DeJardin | Kyle E. Larkin |

TOTAL: 27