MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377)
maggie@thersfirm.com
LANE HILTON, ESQ. (Bar No.314892)
lane@thersfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 353-5691

Attorneys for Creditors
ZACHARY R. SMITH,
JAMES R. MCCORMICK,
KYLE E. LAKIN, AND
CHRISTINA BAINE DEJARDIN

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | CASE NO. 23-00105-MM11 |
|---|---|
| DAVID MICHAEL PETERS, | Chapter 11 |
| Debtor and Debtor-in-Possession | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CREDITORS' MOTION FOR ORDER CONFIRMING TERMINATION OF STAY, OR FOR RELIEF FROM STAY** |
| | RS No. :   MES – 1 <br> DATE:      March 23, 2023 <br> TIME:      2:00 p.m. <br> JUDGE:    Hon. Margaret M. Mann <br> DEPT.:     1 <br> ROOM:    218 |
| Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin <br>            Moving Party. | |
| David Michael Peters, Debtor and Barbara R. Gross, Subchapter V Trustee <br>            Respondents. | |

///

1

23-00105-MM11

Creditors Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin (collectively, "Creditors") respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents:

| | |
|---|---|
| Exhibit A: | Notice of Motion and Motion for Order Dismissing Chapter 7 Case, or in the Alternative, for Relief from the Automatic Stay, filed in the United States Bankruptcy Court, Southern District of California, Case No. 21-00646-LA 7, *In re: Peters & Freedman, LLP*, filed on March 5, 2021. [Docket 14]. |
| Exhibit B: | Tentative Ruling re Docket 14, Issued by Judge Louise DeCarl Adler, in the United States Bankruptcy Court, Southern District of California, Case No. 21-00646-LA 7, *In re: Peters & Freedman, LLP*, filed on March 22, 2021. [Docket 42]. |
| Exhibit C: | Minute Order, Issued by Judge Louise DeCarl Adler, in the United States Bankruptcy Court, Southern District of California, Case No. 21-00646-LA 7, *In re: Peters & Freedman, LLP*, filed on March 25, 2021. [Docket 47]. |
| Exhibit D: | Voluntary Petition for Individual Filing for Chapter 11 Bankruptcy, filed in the United States Bankruptcy Court, Southern District of California, Case No. 22-00036-LT 11, *In re: David Michael Peters*, filed on January 10, 2022. [Docket 1]. |
| Exhibit E: | Debtor-in-Possession David Michael Peters' Motion to Dismiss Case, filed in the United States Bankruptcy Court, Southern District of California, Case No. 22-00036-LT 11, *In re: David Michael Peters*, filed on February 2, 2022. [Docket 33]. |
| Exhibit F: | Order on Debtor's Motion to Dismiss Case, Entered by Judge Laura S. Taylor, in the United States Bankruptcy Court, Southern |

| | |
|---|---|
| | District of California, Case No. 22-00036-LT 11, *In re: David Michael Peters*, filed on March 3, 2022. [Docket 57]. |
| Exhibit G: | Arbitrator's Ruling by Hon. William McCurine, Ret., of Judicate West, dated June 27, 2022, JW Case No.: A251451. |
| Exhibit H: | Minute Order, issued by Judge Cynthia A. Freeland, in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith, et al. v. Peters*, filed on September 16, 2022. |
| Exhibit I: | Writ of Attachment After Hearing, issued in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith, et al. v. Peters*, filed on September 27, 2022. |
| Exhibit J: | Right to attach order and order for issuance of writ of attachment after hearing, issued in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith, et al. v. Peters*, filed on October 25, 2022. |
| Exhibit S: | David M. Peters' Responsive Declaration to Request for, filed in the Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 23, 2022. |
| Exhibit T: | Declaration of Janet M. Peters, in support of Ex Parte Application and/or Request for Order re: Returning Community Property Funds Removed by Respondence and Freezing Certain Community Property Investment Accounts, filed in Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 10, 2022. |
| Exhibit U: | Order on Petitioner's Ex Parte Application for Order re Returning |

|   |   |
|---|---|
| | Community Property Funds Removed by Respondent and Freezing Certain Community Property Investment Accounts, filed in Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 11, 2022. |

Federal Rule of Evidence 201 explains "the court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from the sources whose accuracy cannot reasonably be questioned."

Matters of public record, such as prior court proceedings, are routinely judicially noticed. *See, e.g., Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir. 200) [taking judicial notice of a complaint]; *Emrich v. Touche Ross & Co.* 846 F.2d 1190, 1198 (9th Cir. 1988) [taking judicial notice of administrative materials].

Specifically, a court may take judicial notice of court records in another case (*United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004)), including orders made in a state court proceeding. *See Miles v. California*, 320 F.3d 986, 987 n.1 (9th Cir. 2003). Notably, filings in a state court case make be judicially noticed where the same plaintiff has asserted similar and related claims. *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998). Likewise, judicial notice made be taken of relevant memoranda and orders filed in state court. *Holt v. City of San Jose*, 92 F.Supp.2d 996, 998 (N.D. Cal. 2000).

Here, Creditors' are seeking judicial notice of court records from Debtor's prior bankruptcy proceedings (Exs. A-F), as well as documents from the underlying related state court matter (Exs. G-J). Creditors' also request judicial notice of records from Debtor's divorce proceeding (Exs. S-U) which are clearly related to the instant bankruptcy proceeding, as the documents further expand on Debtor's assets—including assets he significantly undervalued—and information omitted from

1 | Debtor's statements and schedules.

    Based on the foregoing, Creditors' respectfully request this Court take judicial notice of Exhibits A-J and S-U pursuant to Federal Rule of Evidence 201.

DATED:  February 23, 2023     ROBBERSON SCHROEDTER LLP

By: */s/Maggie E. Schroedter*
   MAGGIE E. SCHROEDTER, ESQ.
   LANE HILTON, ESQ.
   Attorneys for Creditors
   ZACHARY R. SMITH,
   JAMES R. MCCORMICK,
   KYLE E. LAKIN, AND
   CHRISTINA BAINE DEJARDIN