MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377)
maggie@thersfirm.com
LANE C. HILTON, ESQ. (Bar No.314892)
lane@thersfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 353-5691

Attorneys for Creditors
ZACHARY R. SMITH,
JAMES R. MCCORMICK,
KYLE E. LAKIN, AND
CHRISTINA BAINE DEJARDIN

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>DAVID MICHAEL PETERS,<br><br>Debtor and Debtor-in-Possession | CASE NO. 23-00105-MM11<br><br>Chapter 11<br><br>**DECLARATION OF MAGGIE E. SCHROEDTER IN SUPPORT OF MOTION FOR ORDER CONFIRMING TERMINATION OF STAY, OR FOR RELIEF FROM STAY**<br><br>RS No. :   MES – 1<br>DATE:     March 23, 2023<br>TIME:     2:00 p.m.<br>JUDGE:   Hon. Margaret M. Mann<br>DEPT.:    1<br>ROOM:   218 |
|---|---|
| Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin<br>       Moving Party.<br>David Michael Peters, Debtor and Barbara R. Gross, Subchapter V Trustee<br>       Respondents. | |

///

I, Maggie E. Schroedter, declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the state of California. I am a Partner with the law firm of Robberson Schroedter LLP, attorneys of record for Creditors Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin (collectively, "Creditors").

2. I make this Declaration based upon my own personal knowledge and review of the records and files in this proceeding, and if called upon as a witness, I could, and would, testify competently to the contents of this Declaration.

3. A true and correct copy of the Minute Order, issued by Judge Cynthia A. Freeland, in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith v. Peters*, filed on September 16, 2022, is attached hereto as Exhibit "H".

4. A true and correct copy of the Writ of Attachment After Hearing, issued in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith, et al. v. Peters*, filed on September 27, 2022, is attached hereto as Exhibit "I".

5. A true and correct copy of Right to attach order and order for issuance of writ of attachment after hearing, issued in the Superior Court of California, County of San Diego, North County Division, Case No. 37-2018-00054719-CU-PP-NC, *Smith, et al. v. Peters*, filed on October 25, 2022, is attached hereto as Exhibit "J".

6. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 42456 Golden Oak, Big Bear Lake, CA 92315 is attached hereto as Exhibit "K". The listing was saved from < https://www.zillow.com/homes/42456-Golden-Oak-Rd-Big-Bear-Lake,-CA-92315_rb/64900789_zpid/> on February 15, 2023.

7. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 1471 Via Valente, Escondido, CA 92029 is attached hereto as Exhibit "L". The listing was saved from <https://www.zillow.com/homes/1471-Via-Valente-Escondido,-CA-92029_rb/16733864_zpid/> on February 16, 2023.

8. A true and correct copy of the Zillow, Inc. listing for Debtor's residence located at 308 Flores De Oro, Rancho Santa Fe, CA 92067 is attached hereto as Exhibit "M". The listing was saved from <https://www.zillow.com/homes/308-Flores-De-Oro-Rancho-Santa-Fe,-CA-92067_rb/250087314_zpid/> on February 15, 2023.

9. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 930 Via Mil Cumbres UNIT 136, Solana Beach, CA 92075 is attached hereto as Exhibit "N". The listing was saved from <https://www.zillow.com/homes/930-Via-Mil-Cumbres-.num.136-Solana-Beach,-CA-92075_rb/16727015_zpid/?> on February 15, 2023.

10. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 7546 Gibraltar St APT C, Carlsbad, CA 92009 is attached hereto as Exhibit "O". The listing was saved from < https://www.zillow.com/homes/7546-Gibraltar-St-.num.C-Carlsbad,-CA-92009_rb/16660951_zpid/> on February 15, 2023.

11. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 7801 Centella St APT 3, Carlsbad, CA 92009, CA 92029 is attached hereto as Exhibit "P". The listing was saved from <https://www.zillow.com/homes/7527-Jerez-Ct-.num.C-Carlsbad,-CA-92009_rb/16660892_zpid/> on February 15, 2023.

12. A true and correct copy of the Zillow, Inc. listing for Debtor's property located at 7527 Jerez Ct UNIT C, Carlsbad, CA 92009 is attached hereto as Exhibit "Q". The listing was saved from < https://www.zillow.com/homes/7801-Centella-St-.num.3-Carlsbad,-CA-92009_rb/16676138_zpid/> on February 15, 2023.

13. A true and correct copy of the Debtor's Chapter 7 Liquidation Analysis is attached hereto as Exhibit "R".

14. A true and correct copy of David M. Peters' Responsive Declaration, filed in the Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 23, 2022, is attached hereto as Exhibit "S".

15. A true and correct copy of the Declaration of Janet M. Peters, in support of Ex Parte Application and/or Request for Order re: Returning Community Property Funds Removed by Respondence and Freezing Certain Community Property Investment Accounts, filed in Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 10, 2022, is attached hereto as Exhibit "T".

16. A true and correct copy of the Order on Petitioner's Ex Parte Application for Order re Returning Community Property Funds Removed by Respondent and Freezing Certain Community Property Investment Accounts, filed in Superior Court of California, County of San Diego, North County Division, Case No. 21FL010853N, *In re Marriage of Peters*, filed on May 11, 2022, is attached hereto as Exhibit "U".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of February 2023 in San Diego, California.

*/s/ Maggie E. Schroedter*
Maggie E. Schroedter