MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
MATTHEW T. ARVIZU [SBN 313933]
marvizu@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
Facsimile (619) 231-4755

*Attorneys for Referee, the Hon. William McCurine, Jr. (Ret.)*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID MICHAEL PETERS,<br><br>Debtor.<br><br>Referee, the HON. WILLIAM MCCURINE, JR. (Ret.),<br><br>Movant.<br><br>v.<br><br>DAVID MICHAEL PETERS; BARBARA R. GROSS, SUBCHAPTER V TRUSTEE,<br><br>Respondents. | Case No. 23-00105-MM11<br><br>RS No. MDB-1<br><br>**NOTICE OF LODGMENT OF ORDER GRANTING REFEREE, HON. WILLIAM MCCURINE, JR.'S (RET.) MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: March 23, 2023<br>Time: 2:00 p.m.<br>Dept: One (1)<br><br>Honorable Margaret M. Mann |

P:01630283.1:60678.002

| | |
|---|---|
| 1 | **TO THE HONORABLE MARGARET M. MANN, INTERESTED** |
| 2 | **PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 3 | You are hereby served with a copy of this Notice of Lodgment of Order |
| 4 | Granting Referee, Hon. William McCurine, Jr.'s (Ret.) Motion for Relief from the |
| 5 | Automatic Stay (the "Motion") attached hereto as Exhibit "1." Pursuant to Local Rule |
| 6 | 7054-3 of the United States Bankruptcy Court, you are notified that you have seven |
| 7 | (7) days within which to file and serve any objection to the form and substance of said |
| 8 | order, and you may file and serve an alternate order, if desired. |

DATED: March 23, 2023         SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Attorneys for Referee, the Hon. William McCurine. Jr. (Ret.)

# **EXHIBIT 1**

CSD 1159C [07/01/18]

Name, Address, Telephone No. & I.D. No.

MICHAEL D. BRESLAUER SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Referee, the Hon. William McCurine, Jr. (Ret.)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>David Michael Peters,<br><br>                                      Debtor. | **LODGED**<br><br>BANKRUPTCY NO. 23-00105-MM11 |
| Referee, the Hon. William McCurine, Jr. (Ret.),<br><br>                                      Movant(s) | RS NO. MDB-1 |
| v.<br><br>David Michael Peters; Barbara R. Gross, Subchapter V Trustee,<br><br>                                      Respondent(s) | Date of Hearing: March 23, 2023<br>Time of Hearing: 2:00 p.m.<br>Name of Judge: Margaret M. Mann |

**ORDER GRANTING REFEREE, HON. WILLIAM MCCURINE, JR.'S (RET.)
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The court orders as set forth on the continuation pages attached and numbered <u>Two</u> through <u>Two</u> with exhibits, if any, for a total of <u>Two</u> pages. Notice of Lodgment Docket Entry No. <u>25</u>.

//

//

//

//

DATED: _____        _____
                                                                    Judge, United States Bankruptcy Court

CSD 1159C

CSD 1159C [07/01/18] **(Page 2)**

ORDER GRANTING REFEREE, HON. WILLIAM MCCURINE, JR.'S (RET.) MOTION FOR RELIEF FROM THE AUTOMATIC STAY

DEBTOR: DAVID M. PETERS                                                       CASE NO.: 23-00105-MM11

                                                                              RS NO.: MDB-1

---

The Court, having read and considered the Motion for Relief from the Automatic Stay by Referee, Hon. William McCurine, Jr. Ret. ("Movant") (Dkt. No. 25; the "Motion") and the oppostion thereto filed by the Debtor David M. Peters and by Creditor Janet Peters; finding that proper notice of the Motion (the "Notice") having been provided to all entities entitled to receive such notice and following the hearing on the Motion on March 23, 2023 at 2:00 p.m. before the Honorable Margaret M. Mann, Bankrupty Judge, with appearances as noted in the record, and further having considered the statements and argument provided at the time of the hearing, the Court adopts its Tentative Decision filed as Dkt. No. 113 (at pages 17-18) and for good cause shown;

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. The automatic stay of 11 U.S.C. section 362(a) is lifted for purposes of Movant's acts to continue his role as Referee appointed by the San Diego Superior Court to supervise and conduct the winding up of Peters & Freedman LLP (the "Partnership") including, the collection or dispostion of Partnership assets, as described in the Motion, provided that no act shall be undertaken with repect to the Debtor's interest in the Partnership itself.

2. This Order shall be effective following three (3) business days after the date of its entry, notwithstanding the provisions of Bankruptcy Rule of Procedure 4001(a)(3).

IT IS SO ORDERED.

**CSD 1159C**

# PROOF OF SERVICE

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On March 23, 2023, I served the following document(s):

**NOTICE OF LODGMENT OF ORDER GRANTING REFEREE, HON. WILLIAM MCCURINE, JR.'S (RET.) MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 23, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory P. Campbell    ch11ecf@aldridgepite.com, gcampbell@aldridgepite.com;gc@ecf.courtdrive.com
- Sean C Coughlin    scc@coughlin-law.com, lb@coughlin-law.com
- Barbara R. Gross    barbara@bgross.law, cbrg11@trustesolutions.net
- Lane C Hilton    lane@theRSfirm.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Ian S. Landsberg    ilandsberg@sklarkirsh.com
- David M. Peters    dpeters@oraclelawyers.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com
- Maggie Schroedter    maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com
- United States Trustee    ustp.region15@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   March 23, 2023            By: /s/ Wendy A. Yones
                                        WENDY A. YONES

P:01630283.1:60678.002                    2