**CSD 1500** (07/01/18)
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

☐ Plaintiff(s) (Adv)     ADVERSARY NO.

☐ Movant(s) (RS)     RS NO.

v.

☐ Defendant(s) (Adv)     Date of Hearing:
                         Time of Hearing:
☐ Respondents(s)(RS)     Name of Judge:

# NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

**On** _____ , the undersigned party lodged with the court a proposed

_____ ,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

_____

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED:

☐ Party   ☐ Attorney for Movant

**CSD 1500**

**CSD 1500** [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐  Chapter 7 Trustee:

   ☐  For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE   DAVID L. SKELTON, TRUSTEE
   ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com         admin@ch13.sdcoxmail.com
                                                                         dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

   On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

**CSD 1500**

**CSD 1500** [07/01/18] (Page 3)

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____            _____
              (Date)                    (Typed Name and Signature)

                                        _____
                                        (Address)

                                        _____
                                        (City, State, ZIP Code)

**CSD 1500**

# EXHIBIT A

# EXHIBIT A

**CSD 1159C** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Maggie E. Schroedter, Esq. (Bar No. 270377) maggie@theRSfirm.com
Lane Hilton, Esq. (Bar No. 314892) lane@theRSfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 353-5691

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>David Michael Peters<br><br>Debtor. | **LODGED**<br><br>BANKRUPTCY NO.   23-00105-MM11 |
|---|---|
| Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin<br><br>Movant(s) | RS NO.  MES-1 |
| v.  David Michael Peters; Barbara R. Gross, Subchapter V Trustee<br><br>Respondent(s) | Date of Hearing: March 23, 2023<br>Time of Hearing: 2:00 p.m.<br>Name of Judge:  Hon. Margaret M. Mann |

# ORDER ON
# MOTION FOR RELIEF FROM STAY

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with exhibits, if any, for a total of 2 pages.  Notice of Lodgment Docket Entry No. 56 .

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

ORDER ON MOTION FOR RELIEF FROM STAY

DEBTOR: David Michael Peters                                        CASE NO.: 23-00105-MM11

                                                                    RS NO.: MES-1

---

The Bankruptcy Court, having reviewed and considered the Motion for Order Confirming Termination of Stay, or for Relief From Stay (the "Motion"), filed by Creditors Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin (collectively, "Creditors") [Doc. No. 56]; the Opposition thereto filed by Debtor David Michael Peters ("Debtor"); the Response filed by Creditor Janet Peters; the Reply filed by Creditors; finding that proper notice of the Motion (the "Notice") having been provided to all entities entitled to receive such notice; and following the hearing on the Motion on March 23, 2023 before the Honorable Margaret M. Mann, judge presiding, with appearances noted in the record; and further having considered the oral argument of the parties; and for good cause appearing:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED under 11 U.S.C. § 362(d)(1), as set forth in the Bankruptcy Court's Tentative Ruling [Doc. No. 113], which is attached hereto and incorporated herein by this reference.

2. As to Creditors, their successors, transferrees and assigns, the stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy estate. Creditors may proceed in the nonbankruptcy forum to final judgment (including any appeals by any party to the litigation) in accordance with applicable nonbankruptcy law.

3. Relief from stay is not granted to allow Creditors to enforce their judgment on property of the estate and/or to otherwise lien, encumber, or levy property of the estate, without further order of the Bankruptcy Court.

4. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

5. This order is binding and effective in any future bankruptcy case filed by or on behalf of Debtor without further notice.

IT IS SO ORDERED.


Approved as to Form.

Sullivan Hill Rez & Engel

/s/ Gary B. Rudolph

_____
by: Gary B. Rudolph, Esq.