UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

### Hearing Information:

**Debtor:** David Michael Peters
**Case Number:** 23-00105-MM7          **Chapter:** 7
**Date / Time / Room:** 08/10/2023 10:00 AM   Department 1
**Bankruptcy Judge:** Margaret M. Mann
**Courtroom Clerk:** Lisa Cruz
**Reporter / ECR:** Jennifer Gibson

### Matters:

1) MOTION FOR TURNOVER OF POSSESSION OF ESTATE REAL PROPERTY (191 CALLE MAGDALENA, UNIT #20, ENCINITAS, CA) FILED BY TRUSTEE

2) MOTION FOR ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR FILED BY CHAPTER 7 TRUSTEE

3) MOTION FOR ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR AND DISCHARGEABILITY OF DEBT FILED BY ZACHARY R. SMITH, JAMES R. MCCORMICK, JR., CHRISTINA BAINE DEJARDIN and KYLE E. LAKIN (COLLECTIVELY PARTNERS)

### Appearances:

David Michael Peters
Gary E. Slater, Attorney for Leonard J. Ackerman (video appearance)
Christine M. Fitzgerald, Attorney for Zachary Smith, James McCormick, Jr., Christina DeJardin, Kyle Lakin
Gary B. Rudolph, Attorney for Janet Peters (video appearance)
Leonard J. Ackerman, Present (video appearance)
Janet Peters, Present (video appearance)
Simon Freedman, Present (video appearance)

### Disposition:

1) Motion for Turnover - Tentative Ruling as issued is the Order of the Court. Appearances excused.

2-3) Motions to Extend Time to File Complaint by Trustee and by Partners -

Court heard oral arguments.

Tentative ruling sustained. Deadline extended to 10/18/23 as set forth on the record.

Orders with tentative ruling attached to be submitted and prepared by Movants.

Continued to 10/18/23 at 2:00 p.m. in Dept. 1 for status conference.

Status report to be filed by 10/11/23 which may include request for further extension.