# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

| | |
|---|---|
| **Debtor:** | David Michael Peters |
| **Case Number:** | 23-00105-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | 10/05/2023 10:00 AM   Department 1 |
| **Bankruptcy Judge:** | Margaret M. Mann |
| **Courtroom Clerk:** | Tina Schmitt |
| **FTR / ECRO:** | Megan Moore |

### Matters:

1) MOTION FOR ORDER AUTHORIZING AND APPROVING COMPROMISE AND SETTLEMENT OF CLAIMS (re: Ravin-Glovinsky) FILED BY TRUSTEE

2) MOTION FOR AUTHORITY TO SELL REAL PROPERTY (930 Via Mil Cumbres, #136, Solana Beach, CA 92075) FREE AND CLEAR OF CERTAIN LIENS AND INTERESTS FILED BY TRUSTEE

3) OPPOSITION TO CREDITORS' NOTICE OF OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS

4) MOTION FOR RELIEF FROM STAY, RS # GBR-2 FILED BY JANET PETERS (fr. 9/28/23)

### Appearances:

Jan Peters (Video Appearance)
Gary Slater, Attorney for Leonard J. Ackerman (Video Appearance)
Gary B.Rudolph, Attorney for Janet Peters (Video Appearance)
Christine Fitzgerald, Attorney for Kyle E. Lakin et. al
Leonard Ackerman, Chapter 7 Trustee
Simon Freedman, Creditors (Video Appearance)

### Disposition:

1-3) Tentative Ruling as issued is the Order of the Court.  Appearances excused.

4)   Denied without prejudice.  Order to be prepared by Attorney Rudolph.