# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### MINUTE ORDER

**Hearing Information:**

| | |
|---|---|
| **Debtor:** | David Michael Peters |
| **Case Number:** | 23-00105-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | 10/06/2023 10:00 AM   Department 1 |
| **Bankruptcy Judge:** | Margaret M. Mann |
| **Courtroom Clerk:** | Tina Schmitt |
| **FTR / ECRO:** | Kathy Noel |

**Matters:**

MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST DEBTOR AND HIS AGENTS FOR STAY-AWAY ORDERS FROM REAL PROPERTY LOCATED AT 308 FLORES DE ORO, RANCHO SANTA FE, CA AND SOUTH POINTE FARMS DEVELOPMENT AND ORDER TO SHOW CAUSE FOR A PERMANENT INJUNCTION PROHIBITING SAME FILED BY TRUSTEE (on shortened time)

**Appearances:**

David M. Peters
Gary Slater, Attorney for Leonard J. Ackerman
Gary B.Rudolph, Attorney for Janet Peters (Video Appearance)
Maggie Schroedter, Attorney for Kyle E. Lakin et. al
Diane Freedman, Creditors (Video Appearance)
Janet Peters (Video Appearance)
Leonard J. Ackerman , Chapter 7 Trustee

**Disposition:**

Witness, sworn & examined: David Michael Peters

David M. Peters agreed to turnover firearms in his possession to the San Diego County Sheriff Department, as stated on the record.

Offer of proof submitted by David M. Peters, as stated on the record. No objection raised.

The motion is granted in part and denied without prejudice in part, as stated on the record. Order to be prepared by the Court.

Authority has been granted for David M. Peters to file a declaration under seal to explain his medical condition to the Court.