# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 4/16/2024 |
| Case: 23–00105–CL7 | Form ID: pdfO1 | Total: 30 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Leonard J. Ackerman | ljabkatty@gmail.com |
| aty | Christine M. Fitzgerald | christine@thersfirm.com |
| aty | David M. Peters | 4davidlaw@gmail.com |
| aty | Gary E. Slater | ges@slatertruxaw.com |
| aty | Gregory P. Campbell | ch11ecf@aldridgepite.com |
| aty | Ian S. Landsberg | ilandsberg@sklarkirsh.com |
| aty | Jenelle Arnold | ecfcasb@aldridgepite.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Kathleen A. Cashman–Kramer | kcashman–kramer@fennemorelaw.com |
| aty | Kelly Ann Mai Khanh Tran | kelly@smalllawcorp.com |
| aty | Kenneth S. Kasdan | kskasdan@kasdancdlaw.com |
| aty | Lane C Hilton | lane@theRSfirm.com |
| aty | Linda Streeter | lstreeter@hinshawlaw.com |
| aty | Maggie Schroedter | maggie@thersfirm.com |
| aty | Michael D. Breslauer | mbreslauer@swsslaw.com |
| aty | Patricia M Jones | tjones@wk4law.com |
| aty | Sean C Coughlin | scc@coughlin–law.com |
| aty | Tim Noon | tnoon@noonlaw.com |
| aty | Timothy J. Truxaw | tjt@slatertruxaw.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | David Michael Peters | P.O. Box 2326   Rancho Santa Fe, CA 92067 |
| cr | Kyle E. Lakin | Robberson Schroedter LLP   c/o Maggie E. Schroedter   501 West Broadway   Suite 1250   San Diego, CA 92101 |
| cr | Christina Baine DeJardin | Robberson Schroedter LLP   c/o Maggie E. Schroedter   501 West Broadway   Suite 1250   San Diego, CA 92101 |
| cr | James R. McCormick, Jr. | Robberson Schroedter LLP   c/o Maggie E. Schroedter   501 West Broadway   Suite 1250   San Diego, CA |
| cr | Zachary R. Smith | Robberson Schroedter LLP   c/o Maggie E. Schroedter   501 West Broadway   Suite 1250   San Diego, CA 921–1 |
| cr | SIMON FREEDMAN | c/o Noonan Lance Boyer & Banach   701 Island Avenue   Suite 400   San Diego, CA 92101 |
| aty | Slater & Truxaw, LLP | 15373 Innovation Drive, #210   San Diego, CA 92128 U.S. |
| cr | Blossom Walk Maintenance Corporation | c/o Wasserman Kornheiser Combs, LLP   7955 Raytheon Road, Suite A   San Diego, CA 92111 UNITED STATES |
| cr | Wells Fargo Bank, N.A. | c/o McCarthy & Holthus, LLP   2763 Camino Del Rio South, Suite 100   San Diego, CA 92108 |
| cr | Cui and Kang Family Trust | 402 W. Broadway, Ste. 1270   San Diego, CA 92101 UNITED STATES |
| aty | Evan C. Itzkowitz | 6420 Wilshire Blvd.   Sixteenth Floor   Los Angeles, CA 90048 |

TOTAL: 11