Official Form 417A (12/23)
Name, Address, Telephone No. & I.D. No.

David Michael Peters
PO Box 2326
Rancho Santa Fe, CA 92067
760-492-0306

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  _ David M. Peters

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   The sale of my domicile of more than twenty (20) years.  The sale was without merit, a component necessary to maintain a fraudulent based claim.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   April 16, 2024.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  _David M. Peters_     Attorney:   David M. Peter
                                              P.C. Box 2326
                                              Rancho Santa Fe, California, 92067
                                              760 492 0306

2. Party:  Leonard  J.  Ackerman   Attorney:  Leonard J. Ackerman, Chapter 7 Trustee
                                              6977 Navajo Road, Suite #124
                                              San Diego, CA 92119
                                              619-463-0555

In an abundance of caution, as the term "parties" Docket No. 852 is attached and includes the service list.:

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

/s/ David M. Peters

Date: April 26, 2023

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

David Michael Peters
PO Box 2326
Rancho Santa Fe, CA 92067
760-492-0306

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]