## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## COURT MINUTES

### *Hearing Information:*

|                      |                                       |              |   |
|---------------------:|---------------------------------------|-------------:|---|
| **Debtor:**          | David Michael Peters                  |              |   |
| **Case Number:**     | 23-00105-CL7                          | **Chapter:** | 7 |
| **Date / Time / Room:** | 03/31/2025 10:30 AM, Department 1  |              |   |
| **Bankruptcy Judge:** | Christopher B. Latham                |              |   |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas                |              |   |
| **ECRO:**            | FTR                                   |              |   |

### *Matters:*

1) RESTATED MOTION FOR LIMITED RECONSIDERATION UNDER F.R.BANKR. P. 9024 AND F.R. CIV. P. 60(B) OF COURT'S ORDER ON NOTICE OF INTENDED ACTION REGARDING AMENDED CLAIMS OF EXEMPTION FILED BY JANET PETERS (restored)

2) HEARING ON SUBMISSION OF ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY RS NO. GES-1

### *Appearances:*

Gary E. Slater, Attorney for Leonard J. Ackerman
K. Todd Curry, Attorney for Janet Peters (*telephonic*)
Maggie Schroedter, Attorney for Kyle E. Lakin, et al.
David M. Peters (*telephonic*)

### *Disposition:*

1) Matter continued to 06/30/2025 at 10:30 a.m. in Dept 1.

For the reasons stated on the record, Court accepts the parties' stipulated resolution of the present motion. Janet Peters will be allowed a homestead exemption totaling $678,378.

Parties request a continuance before a final order is entered in the bankruptcy court to coordinate the proceedings in state court, and Court agrees.

Status report due by 06/23/2025 if there are any material changes in this case.

2) Court heard an explanation from Trustee's counsel of the reason for the motion, and Court accepts the explanation. In addition, the motion is not contested.

On those bases, the motion will be granted.