CSD 1162 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Gary E. Slater (State Bar No. 99141)
Timothy J. Truxaw (State Bar No. 106428)
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, CA  92128
Tel: (858) 675-0755/Fax: (858) 675-0733
Attorneys for Moving Party: Leonard J. Ackerman, Chapter 7 Trustee

Order Entered on
April 1, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>DAVID MICHAEL PETERS,<br><div align="right">Debtor.</div> | BANKRUPTCY NO. 23-00105-CL7 |
| LEONARD J. ACKERMAN, Chapter 7 Trustee,<br><div align="right">Moving Party</div> | RS NO. GES-1 |
| DAVID MICHAEL PETERS,<br><div align="right">Respondent(s)</div> | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.  Motion Docket Entry No. 1087

//
//
//
//

DATED:   April 1, 2025

_____
Judge, United States Bankruptcy Court

CSD 1162

CSD 1162 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: DAVID MICHAEL PETERS                                              CASE NO:23-00105-CL7
                                                                          RS NO.: GES-1

The Motion of   LEONARD J. ACKERMAN, Chapter 7 Trustee   ("Movant"),

for relief from the automatic stay having been filed with the above-entitled court on   February 20, 2025  , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as

jro  Exhibit A OR Notice Docket Entry No.   1089  , if filed electronically), the Motion, and accompanying Declarations

having been served upon parties named below on   February 20, 2025  , and

- ☒ Debtor *(Name)*:   DAVID M. PETERS
- ☐ Debtor's Attorney *(Name)*:
- ☒ Trustee *(Name)*:   LEONARD J. ACKERMAN, Chapter 7 Trustee
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☒ Others, if any *(Name)*:
  Janet M. Peters; Nicholas D. Brauns, Esq.; Shaun M. Murphy, Esq.; Dave Smith, Esq.; Charles Gallagher, Esq.; M. Alim Malik, Esq.; Kathryn M. Casey, Esq.; Mark L. Watkins, Esq.; Lauren Wright; including parties listed on attached Service List.

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐   The following real property:

   a.   Street address of the property including county and state:

   b.   Legal description is   ☐ attached as Exhibit B or   ☐ described below:

2. ☒   The following personal property as described   ☒ below or   ☐ in Exhibit B attached:
   Morningside Community Association v. Peters (Riverside Superior Court Case #PSC1505335).

**It is further ordered** that *(Optional)*:  Movant may proceed to prosecute, defend and/or settle said Superior Court Action, as long as any settlement is noticed to all creditors and parties-in-interest herein.

CSD 1162

Signed by Judge Christopher B. Latham April 1, 2025

## ATTACHMENT TO CERTIFICATION OF SERVICE

PARTIES WITH E-MAIL ADDRESSES SERVED VIA COURT'S NOTICE OF ELECTRONIC FILING ("NEF) OR BY ELECTRONIC MAIL AND/OR ALL OTHER PARTIES SERVED VIA U.S. MAIL AS INDICATED BELOW:

VIA ELECTRONIC-NEF/E-MAIL:

| | |
|---|---|
| David M. Peters<br>The Oracle Lawyers<br>191 Calle Magdalena<br>Suite 200<br>Mailbox 4, Suite 220<br>Encinitas, CA 92024-3750<br>[Debtor]<br>dpeters@oraclelawyers.com<br>4davidlaw@gmail.com | Leonard J. Ackerman<br>6977 Navajo Road, Suite 124<br>San Diego, CA 92119<br>[Chapter 7 Trustee]<br>ljabkatty@gmail.com |
| K. Todd Curry, Esq.<br>Curry Advisors, APC<br>185 West F Street, Suite 100<br>San Diego, CA 92101<br>[Attorney for Janet Peters]<br>tcurry@currylegal.com | |

VIA FIRST CLASS MAIL ONLY:

| | |
|---|---|
| David M. Peters<br>P.O. Box 2326<br>Rancho Santa Fe, CA 92067<br>[Debtor] | Janet Peters<br>P.O. Box 231506<br>Encinitas, CA 92024 |

## SPECIAL NOTICE RECIPIENTS:

VIA ELECTRONIC-NEF/E-MAIL:

| | |
|---|---|
| Gregg Campbell, Esq.<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive,<br>Suite 725<br>San Diego, CA 92108<br>Attorneys for Wells Fargo Bank, NA<br>Ch11ecf@aldridgepite.com | Sean C. Coughlin, Esq.<br>Noonan Lance Boyer & Banach LLP<br>701 Island Avenue, Suite 400<br>San Diego, CA 92101<br>(619) 780-0880<br>Attorneys for Simon and Diane Freedman<br>scoughlin@noonanlance.com |

| | |
|---|---|
| Lane C. Hilton, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorneys for Creditors Zachary R. Smith, James R. McCormick, Jr., Christina Baine DeJardin, Kyle E. Lakin<br>Lane@theRSfirm.com | Corina Pandeli/Elvina Rofael<br>Office of the United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897<br>Elvina.Rofael@USDOJ.gov<br>Corina.Pandeli@USDOJ.gov<br>Haeji.Hong@USDOJ.gov<br>USTP.Region15@usdoj.gov<br>United States Trustee |
| Office of the United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897<br>USTP.Region15@usdoj.gov<br>United States Trustee | Kenneth S. Kasdan, Esq.<br>Michael D. Turner, Esq.<br>18100 Von Karman Ave., Suite 750<br>Irvine, CA 92612-6510<br>(949) 851-9000<br>Attorneys for Creditors Smart Corner Owner's Association<br>kkasdan@kasdancdlaw.com |
| Maggie E. Schroedter, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorneys for Creditors Zachary R. Smith, James R. McCormick, Jr., Christina Baine DeJardin, Kyle Lakin<br>maggie@the RSfirm.com<br>amy@theRSfirm.com | McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108<br>Attorneys for Wells Fargo Bank<br>Home Equity Group<br>Default Document Processing<br>Post Office Box 1629<br>Minneapolis, MN 55440-9790<br>jwong@ecf.courtdrive.com<br>bknotice@mccarthyholthus.com |
| Craig L. Combs, Esq.<br>Patricia M. Jones, Esq.<br>Wasserman Kornheiser Combs LLP<br>7955 Raytheon Road, Suite A<br>San Diego, CA 92111<br>(858) 505-9500<br>Attorneys for Creditor Blossom Walk Maintenance Corporation<br>ccombs@wk4law.com<br>tjones@wk4law.com | Christine M. Fitzgerald, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorney for Creditors Zachary R. Smith, James R. McCormick, Jr., Christine Baine DeJardin and Kyle E. Lakin<br>christine@thersfirmcom<br>maria@thersfirm.com<br>amy@theresfirm.com |
| Small Law PC<br>Kelly Ann Tran<br>402 W Broadway, Suite 1270<br>San Diego, CA 92101<br>Tel.: (619) 664-4278/Fax: (619) 664-4278<br>Attorneys for Creditor Cui and Kang Family Trust<br>kelly@smalllawcorp.com | Michael D. Breslauer, Esq.<br>Solomon, Ward, Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619) 238-4804 Tel.; (619) 231-4755<br>mbreslauer@swsslaw.com |

| | |
|---|---|
| Linda Streeter, Esq.<br>Hinshaw & Culbertson, LLP<br>350 South Grand Ave., Suite600<br>Los Angeles, CA 90071-3476<br>Tel: (213) 680-2800; Fax: (213) 614-739<br>lstreeter@hinshawlaw.com | William J. Wall, Esq.<br>26895 Aliso Creek Rd. #B-110<br>Aliso Viejo, CA 92656<br>wwall@wall-law.com |
| Glen F. Dorgan, Esq.<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA   92101-8893<br>Attorneys for Internal Revenue Service<br>glen.dorgan@usdoj.gov | |

Signed by Judge Christopher B. Latham April 1, 2025