# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 4/1/2025
Case: 23–00105–CL7     Form ID: pdfO1     Total: 5

**Recipients of Notice of Electronic Filing:**
tr     Leonard J. Ackerman     ljabkatty@gmail.com
aty     David M. Peters     4davidlaw@gmail.com
aty     Gary E. Slater     ges@slatertruxaw.com
aty     Timothy J. Truxaw     tjt@slatertruxaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     David Michael Peters     P.O. Box 2326     Rancho Santa Fe, CA 92067

TOTAL: 1