# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 4/2/2025 |
|---|---|---|
| Case: 23–00105–CL7 | Form ID: 185 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    David M. Peters    4davidlaw@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David Michael Peters    P.O. Box 2326    Rancho Santa Fe, CA 92067

TOTAL: 1