**CSD 1162** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Gary E. Slater (State Bar No. 99141)
Timothy J. Truxaw (State Bar No. 106428)
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, CA  92128
Tel: (858) 675-0755/Fax: (858) 675-0733
Attorneys for Moving Party: Leonard J. Ackerman, Chapter 7 Trustee

Order Entered on
April 1, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re
DAVID MICHAEL PETERS,
Debtor.

BANKRUPTCY NO. 23-00105-CL7

LEONARD J. ACKERMAN, Chapter 7 Trustee,
Moving Party

RS NO. GES-1

DAVID MICHAEL PETERS,
Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered <u>2</u> through <u>2</u> with exhibits, if any, for a total of <u>2</u> pages.  Motion Docket Entry No. <u>1087</u>

//

//

//

//

DATED: April 1, 2025

_____
Judge, United States Bankruptcy Court

**CSD 1162**

CSD 1162 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: DAVID MICHAEL PETERS                                    CASE NO:23-00105-CL7
                                                                RS NO.: GES-1

jro

The Motion of __LEONARD J. ACKERMAN, Chapter 7 Trustee__ ("Movant"),

for relief from the automatic stay having been filed with the above-entitled court on __February 20, 2025__, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. __1089__, if filed electronically), the Motion, and accompanying Declarations having been served upon parties named below on __February 20, 2025__, and

☒ Debtor *(Name)*: DAVID M. PETERS

☐ Debtor's Attorney *(Name)*:

☒ Trustee *(Name)*: LEONARD J. ACKERMAN, Chapter 7 Trustee

☐ United States Trustee (in Chapter 11 & 12 cases), and

☒ Others, if any *(Name)*:
Janet M. Peters; Nicholas D. Brauns, Esq.; Shaun M. Murphy, Esq.; Dave Smith, Esq.; Charles Gallagher, Esq.; M. Alim Malik, Esq.; Kathryn M. Casey, Esq.; Mark L. Watkins, Esq.; Lauren Wright; including parties listed on attached Service List.

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐ The following real property:

   a. Street address of the property including county and state:

   b. Legal description is   ☐ attached as Exhibit B or   ☐ described below:

2. ☒ The following personal property as described ☒ below or ☐ in Exhibit B attached:
   Morningside Community Association v. Peters (Riverside Superior Court Case #PSC1505335).

**It is further ordered** that *(Optional)*: Movant may proceed to prosecute, defend and/or settle said Superior Court Action, as long as any settlement is noticed to all creditors and parties-in-interest herein.

CSD 1162

Signed by Judge Christopher B. Latham April 1, 2025

## ATTACHMENT TO CERTIFICATION OF SERVICE

PARTIES WITH E-MAIL ADDRESSES SERVED VIA COURT'S NOTICE OF ELECTRONIC FILING ("NEF) OR BY ELECTRONIC MAIL AND/OR ALL OTHER PARTIES SERVED VIA U.S. MAIL AS INDICATED BELOW:

VIA ELECTRONIC-NEF/E-MAIL:

| | |
|---|---|
| David M. Peters<br>The Oracle Lawyers<br>191 Calle Magdalena<br>Suite 200<br>Mailbox 4, Suite 220<br>Encinitas, CA 92024-3750<br>[Debtor]<br>dpeters@oraclelawyers.com<br>4davidlaw@gmail.com | Leonard J. Ackerman<br>6977 Navajo Road, Suite 124<br>San Diego, CA 92119<br>[Chapter 7 Trustee]<br>ljabkatty@gmail.com |
| K. Todd Curry, Esq.<br>Curry Advisors, APC<br>185 West F Street, Suite 100<br>San Diego, CA  92101<br>[Attorney for Janet Peters]<br>tcurry@currylegal.com | |

VIA FIRST CLASS MAIL ONLY:

| | |
|---|---|
| David M. Peters<br>P.O. Box 2326<br>Rancho Santa Fe, CA 92067<br>[Debtor] | Janet Peters<br>P.O. Box 231506<br>Encinitas, CA 92024 |

## SPECIAL NOTICE RECIPIENTS:

VIA ELECTRONIC-NEF/E-MAIL:

| | |
|---|---|
| Gregg Campbell, Esq.<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive,<br>Suite 725<br>San Diego, CA 92108<br>Attorneys for Wells Fargo Bank, NA<br>Ch11ecf@aldridgepite.com | Sean C. Coughlin, Esq.<br>Noonan Lance Boyer & Banach LLP<br>701 Island Avenue, Suite 400<br>San Diego, CA 92101<br>(619) 780-0880<br>Attorneys for Simon and Diane Freedman<br>scoughlin@noonanlance.com |

Signed by Judge Christopher B. Latham April 1, 2025

| | |
|---|---|
| Lane C. Hilton, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorneys for Creditors Zachary R. Smith, James R. McCormick, Jr., Christina Baine DeJardin, Kyle E. Lakin<br>Lane@theRSfirm.com | Corina Pandeli/Elvina Rofael<br>Office of the United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897<br>Elvina.Rofael@USDOJ.gov<br>Corina.Pandeli@USDOJ.gov<br>Haeji.Hong@USDOJ.gov<br>USTP.Region15@usdoj.gov<br>United States Trustee |
| Office of the United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897<br>USTP.Region15@usdoj.gov<br>United States Trustee | Kenneth S. Kasdan, Esq.<br>Michael D. Turner, Esq.<br>18100 Von Karman Ave., Suite 750<br>Irvine, CA 92612-6510<br>(949) 851-9000<br>Attorneys for Creditors Smart Corner Owner's Association<br>kkasdan@kasdancdlaw.com |
| Maggie E. Schroedter, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorneys for Creditors Zachary R. Smith, James R. McCormick, Jr., Christina Baine DeJardin, Kyle Lakin<br>maggie@the RSfirm.com<br>amy@theRSfirm.com | McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108<br>Attorneys for Wells Fargo Bank<br>Home Equity Group<br>Default Document Processing<br>Post Office Box 1629<br>Minneapolis, MN 55440-9790<br>jwong@ecf.courtdrive.com<br>bknotice@mccarthyholthus.com |
| Craig L. Combs, Esq.<br>Patricia M. Jones, Esq.<br>Wasserman Kornheiser Combs LLP<br>7955 Raytheon Road, Suite A<br>San Diego, CA 92111<br>(858) 505-9500<br>Attorneys for Creditor Blossom Walk Maintenance Corporation<br>ccombs@wk4law.com<br>tjones@wk4law.com | Christine M. Fitzgerald, Esq.<br>Robberson Schroedter LLP<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>(619) 353-5691<br>Attorney for Creditors Zachary R. Smith, James R. McCormick, Jr., Christine Baine DeJardin and Kyle E. Lakin<br>christine@thersfirmcom<br>maria@thersfirm.com<br>amy@theresfirm.com |
| Small Law PC<br>Kelly Ann Tran<br>402 W Broadway, Suite 1270<br>San Diego, CA 92101<br>Tel.: (619) 664-4278/Fax: (619) 664-4278<br>Attorneys for Creditor Cui and Kang Family Trust<br>kelly@smalllawcorp.com | Michael D. Breslauer, Esq.<br>Solomon, Ward, Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619) 238-4804 Tel.; (619) 231-4755<br>mbreslauer@swsslaw.com |

Signed by Judge Christopher B. Latham April 1, 2025

| | |
|---|---|
| Linda Streeter, Esq.<br>Hinshaw & Culbertson, LLP<br>350 South Grand Ave., Suite600<br>Los Angeles, CA 90071-3476<br>Tel: (213) 680-2800; Fax: (213) 614-739<br>lstreeter@hinshawlaw.com | William J. Wall, Esq.<br>26895 Aliso Creek Rd. #B-110<br>Aliso Viejo, CA 92656<br>wwall@wall-law.com |
| Glen F. Dorgan, Esq.<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA   92101-8893<br>Attorneys for Internal Revenue Service<br>glen.dorgan@usdoj.gov | |

Signed by Judge Christopher B. Latham April 1, 2025

United States Bankruptcy Court
Southern District of California

In re:                                                                                           Case No. 23-00105-CL
David Michael Peters                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                        User: Admin.                              Page 1 of 3
Date Rcvd: Apr 01, 2025                     Form ID: pdfO1                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Peters, P.O. Box 2326, Rancho Santa Fe, CA 92067-2326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christine M. Fitzgerald | on behalf of Creditor Kyle E. Lakin cfitzgerald@littler.com maria@thersfirm.com;amy@thersfirm.com |
| Christine M. Fitzgerald | on behalf of Creditor Christina Baine DeJardin cfitzgerald@littler.com maria@thersfirm.com;amy@thersfirm.com |
| Christine M. Fitzgerald | on behalf of Creditor James R. McCormick Jr. cfitzgerald@littler.com, maria@thersfirm.com;amy@thersfirm.com |
| Christine M. Fitzgerald | on behalf of Creditor Zachary R. Smith cfitzgerald@littler.com maria@thersfirm.com;amy@thersfirm.com |
| David M. Peters | on behalf of Interested Party David Michael Peters 4davidlaw@gmail.com dpeters@oraclelawyers.com |
| David M. Peters | on behalf of Defendant Leslie Peters 4davidlaw@gmail.com dpeters@oraclelawyers.com |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 3 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdfO1 | Total Noticed: 1 |

David M. Peters
    on behalf of Debtor David Michael Peters 4davidlaw@gmail.com dpeters@oraclelawyers.com

David M. Peters
    on behalf of Party David Michael Peters 4davidlaw@gmail.com dpeters@oraclelawyers.com

Derrick Talerico
    on behalf of Defendant Harris-Ginsberg LLP dtalerico@wztslaw.com, sfritz@wztslaw.com,maraki@wztslaw.com,admin@wztslaw.com

Elvina Rofael
    on behalf of United States Trustee United States Trustee elvina.rofael@usdoj.gov Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov

Gary E. Slater
    on behalf of Plaintiffs Leonard J. Ackerman ges@slatertruxaw.com grl@slatertruxaw.com;lmb@slatertruxaw.com

Gary E. Slater
    on behalf of Attorney Slater & Truxaw LLP ges@slatertruxaw.com, grl@slatertruxaw.com;lmb@slatertruxaw.com

Gary E. Slater
    on behalf of Trustee Leonard J. Ackerman ges@slatertruxaw.com grl@slatertruxaw.com;lmb@slatertruxaw.com

Glen F. Dorgan
    on behalf of Creditor IRS glen.dorgan@usdoj.gov Brenda.seyler@usdoj.gov;Efile.dkt.civ@usdoj.gov

Gregory P. Campbell
    on behalf of Creditor WELLS FARGO BANK N.A. ch11ecf@aldridgepite.com, gcampbell@aldridgepite.com;gc@ecf.courtdrive.com

Haeji Hong
    on behalf of Plaintiffs United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Ian S. Landsberg
    on behalf of Interested Party Janet Peters ilandsberg@sklarkirsh.com

Jenelle Arnold
    on behalf of Creditor Wells Fargo Bank N.A. ecfcasb@aldridgepite.com, jarnold@ecf.courtdrive.com

Jennifer C. Wong
    on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

K. Todd Curry
    on behalf of Defendant Via Valente LLC tcurry@currylegal.com

K. Todd Curry
    on behalf of Interested Party Janet Peters tcurry@currylegal.com

K. Todd Curry
    on behalf of Defendant Janet M. Peters tcurry@currylegal.com

K. Todd Curry
    on behalf of Creditor Kate Peters tcurry@currylegal.com

Kathleen A. Cashman-Kramer
    on behalf of Interested Party Janet Peters kcashman-kramer@fennemorelaw.com cashman-kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com

Kelly Ann Mai Khanh Tran
    on behalf of Creditor Cui and Kang Family Trust kelly@smalllawcorp.com emma@smalllawcorp.com

Kenneth S. Kasdan
    on behalf of Creditor Smart Corner Owners Association kskasdan@kasdancdlaw.com

Lane C Hilton
    on behalf of Creditor Kyle E. Lakin lane@theRSfirm.com amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com

Lane C Hilton
    on behalf of Creditor James R. McCormick Jr. lane@theRSfirm.com, amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com

Lane C Hilton
    on behalf of Creditor Zachary R. Smith lane@theRSfirm.com amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com

Lane C Hilton
    on behalf of Creditor Christina Baine DeJardin lane@theRSfirm.com amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com

Leonard J. Ackerman
    ljabkatty@gmail.com lja@trustesolutions.net

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 3 of 3 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdfO1 | Total Noticed: 1 |

Linda Streeter
    on behalf of Interested Party David Michael Peters lstreeter@hinshawlaw.com  khightower@hinshawlaw.com

Maggie Schroedter
    on behalf of Creditor Kyle E. Lakin maggie@thersfirm.com amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@thersfirm.com,mary@thersfirm.com

Maggie Schroedter
    on behalf of Creditor Zachary R. Smith maggie@thersfirm.com amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@thersfirm.com,mary@thersfirm.com

Maggie Schroedter
    on behalf of Creditor James R. McCormick  Jr. maggie@thersfirm.com, amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@thersfirm.com,mary@thersfirm.com

Maggie Schroedter
    on behalf of Creditor Christina Baine DeJardin maggie@thersfirm.com amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@thersfirm.com,mary@thersfirm.com

Michael D. Breslauer
    on behalf of Creditor Referee  Hon. William McCurine Jr. (Ret.) mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Patricia M Jones
    on behalf of Creditor Blossom Walk Maintenance Corporation tjones@wk4law.com

Sean C Coughlin
    on behalf of Creditor SIMON FREEDMAN scc@coughlin-law.com  bcrena@noonanlance.com

Tim Noon
    on behalf of Interested Party Peters & Freedman  LLP tnoon@noonlaw.com

Timothy J. Truxaw
    on behalf of Trustee Leonard J. Ackerman tjt@slatertruxaw.com  grl@slatertruxaw.com

Timothy J. Truxaw
    on behalf of Attorney Slater & Truxaw  LLP tjt@slatertruxaw.com, grl@slatertruxaw.com

Timothy J. Truxaw
    on behalf of Plaintiffs Leonard J. Ackerman tjt@slatertruxaw.com  grl@slatertruxaw.com

United States Trustee
    ustp.region15@usdoj.gov

William J. Wall
    on behalf of Defendant Leslie Peters wwall@wall-law.com

TOTAL: 45